PROB 12B
(7/93)

# United States District Court

## for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: KENNETH WAYNE ELLIOTT                     Case Number: 3:00CR00054-001

Name of Sentencing Judicial Officer: Honorable W. Harold Albritton, Senior U. S. District Judge

Date of Original Sentence: August 10, 2000

Original Offense: Possession With Intent to Distribute Methamphetamine

Original Sentence: 60 months custody of BOP, 3 years supervised release term.

Type of Supervision: Supervised Release          Date Supervision Commenced: September 2, 2004

Assistant U.S. Attorney: Stephen P. Feaga                                Defense Attorney: Jimmy B. Pool

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.
[X]  To modify the conditions of supervision as follows:

**The offender shall submit to a search of his person, residence, office, or vehicle by the USPO at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The offender shall warn any other residents that the premises may be subject to searches pursuant to this condition.**

**The offender shall participate in drug testing and/or treatment as directed by the USPO. Further, the offender shall contribute to the costs of any treatment in an amount determined reasonable by the USPO, based upon ability to pay and availability of third party payments.**

## CAUSE

The offender's supervised release was revoked on June 20, 2005. He was sentenced to six months custody with a one year term of supervised release. At the time of sentencing, the offender's sentence and statement of reasons did not request that the conditions stated above be placed upon the offender. This was an omission on the part of the USPO at the time of revocation. The offender was released from prison on December 5, 2005, to begin his one year term of supervision. During his initial meeting with the USPO, the offender agreed to addition of the conditions stated above and signed the attached Form 49, Waiver of Hearing.

**PROB 12B**
**(7/93)**

2

Respectfully submitted,

by

/s/ M. Stanford Robinson
M. Stanford Robinson
U.S. Probation Officer
Date: December 8, 2005

Reviewed and approved: /s/ Scott Wright
Scott Wright
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/9/05
Date